**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RAFAEL ALBERTO FLORES,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-03395-O |
| **UNITED STATES,** | § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 25. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED without prejudice**. It is further **ORDERED** that the Government's Motion to Dismiss (ECF No. 22) is **DENIED as moot**.

**SO ORDERED** on this **19th day** of **July, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE